IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:12-MJ-00141 SKO** |
| Plaintiff, | **ORDER DISMISSING DEFENDANT FROM COMPLAINT (Fed.R.Crim.P 48(A))** |
| v. | |
| RAFAEL BARRON-RUEDA, | |
| Defendant. | |

The United States of America, having moved this Court to dismiss the complaint as to above-named defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the warrant be recalled and this case be closed.

IT IS SO ORDERED.

Dated: __**December 11, 2018**__            /s/ _Sheila K. Oberto_

UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)            1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL, FRCrimP 48(a)

2